AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Brittany Abney
*Plaintiff*
v.
Commissioner of Social Security
*Defendant*

Civil Action No. 3:16-CV-417

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Commissioner's non disablity finding is vacated; no finding as to whether Plaintiff was under a "disability" within the meaning of the Social Security Act; matter is Remanded to the Commissioner under Sentence Four of 42 U.S.C. § 405 (g) for further consideration; case is terminated on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for _____.

Date: 2/23/18

CLERK OF COURT

Signature of Clerk or Deputy Clerk